**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7110**

KEVIN JACKSON,

                Plaintiff - Appellant,

      and

EMERY FLOREZ,

                Plaintiff,

      v.

RICK FOXWELL, Warden; MARTIN O'MALLEY; GARY D. MAYNARD;
HOWARD RAY, JR.,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:13-cv-02450-RDB)

Submitted:  December 31, 2014      Decided:  January 6, 2015

Before KING, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Jackson, Appellant Pro Se.  Tamal Ajani Banton, Assistant
Attorney General, Pikesville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Foxwell, No. 1:13-cv-02450-RDB (D. Md. July 17, 2014). We deny Jackson's motions for appropriate relief, to strike Appellees' informal brief, and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED